Cite as 2021 Ark. 235

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADMINISTRATIVE PLANS FOR CIRCUIT COURTS AND DISTRICT COURTS | **Opinion Delivered:** December 16, 2021 |

## PER CURIAM

Pursuant to Administrative Orders Nos. 14 and 18, administrative plans have been submitted by all judicial circuits and all judicial districts.

The following circuit court administrative plans have been approved: First Circuit, Second Circuit, Third Circuit, Fourth Circuit, Sixth Circuit, Eighth-North Circuit, Eighth-South Circuit, Ninth-East Circuit, Ninth-West Circuit, Tenth Circuit, Eleventh-East Circuit, Eleventh-West Circuit, Twelfth Circuit, Thirteenth Circuit, Fourteenth Circuit, Sixteenth Circuit, Seventeenth Circuit, Eighteenth-West Circuit, Nineteenth-West Circuit, Twentieth Circuit, Twenty-First Circuit, Twenty-Second Circuit, and Twenty-Third Circuit.

The following district court administrative plans have been approved: First District, Eleventh District, Thirteenth District, Fifteenth District (Jackson County), Seventeenth District, Eighteenth District, Nineteenth District, Twentieth District, Twenty-First District,

Twenty-Third District, Twenty-Seventh District, Thirty-Seventh District, Thirty-Eighth District, Fulton County District Court, Izard County District Court, and Stone County District Court.

All approved administrative plans are effective January 1, 2022.

Pursuant to Administrative Orders Nos. 14 and 18, for the courts with administrative plans that have not yet been approved, the plans currently in effect shall remain in full force until new plans are approved.